DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

FRANK C. HOFFMAN, III, and GAIL HOFFMAN,

Appellants,

v.

SUNTRUST BANK, and SUNTRUST MORTGAGE, INC.,
n/k/a Truist Bank,

Appellee.

Nos. 2D21-2874
2D21-3562

<u>CONSOLIDATED</u>
————————————————

September 23, 2022

Appeal from the Circuit Court for Charlotte County; Geoffrey H. Gentile, Judge.

Gregg Horowitz, of Law Offices of Gregg M. Horowitz, P.A., Sarasota, Bartow, for Appellant.

Alan M. Pierce, of Liebler, Gonzalez, & Portuondo, Miami, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.